IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:08-CV-00180-FL

| | | |
|---|---|---|
| WENDY O. WELLS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MOEN, INCORPORATED, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge James E. Gates (DE #13). The magistrate judge recommends that defendant's motion to dismiss be granted and the action be dismissed with prejudice. No objections to the M&R have been filed, and the time within which to make any objection has expired. This matter is ripe for ruling.

A full and careful review of the M&R and other documents of record convinces the court that the recommendation of the magistrate judge is, in all respects, in accordance with the law and should be approved. Accordingly, the court hereby ADOPTS the recommendation of the magistrate judge as its own, and, for the reasons stated therein, defendant's motion to dismiss is GRANTED and plaintiff's complaint is DISMISSED with prejudice. The clerk of court is directed to close the case.

SO ORDERED, this the ⎯⎯day of August, 2009.

LOUISE W. FLANAGAN
Chief United States District Judge